```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF ALASKA

 3

 4    RICHARD HELMS,

 5           Plaintiff,              ┌─────────────────┐
                                     │      COPY       │
 6        vs.                        └─────────────────┘

 7    UNITED STATES OF AMERICA,

 8           Defendant.
      _____/
 9    Case No. 3:11-cv-00186-SLG

10

11

12    _____

13             DEPOSITION OF RICHARD J. HELMS

14    _____

15

16             Tuesday, November 5, 2013

17                    9:58 a.m.

18

19

20

21         Taken by Counsel for the Defendant
                          at
22    OFFICE OF THE UNITED STATES ATTORNEY
           Federal Building, U.S. Courthouse
23         222 W. 7th Avenue, #9, Room 253
              Anchorage, Alaska  99513

24

25
```

Exhibit A
Pages as Marked

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 1 of 40

1    records"?  Do you have those?

2         A.   Yes.  What I'm saying is I can print them

3    off from your disclosures to me.

4         Q.   Oh, okay.

5         A.   Yeah.  I mean, I gave you the release.  You

6    got all the medical records, including Dr. Ghose's

7    and everyone else's.

8         Q.   That's fine.

9              But aside from those, you didn't have a

10   separate set of your own records to show?

11        A.   No.  And that's probably because they go to

12   my wife and not me.

13        Q.   All right.  I'm going to shift topics and

14   ask you some questions about the events in this case.

15   And I'll preface that by saying we're talking about

16   events that happened in August of 2008 out in Nome.

17   So, that if -- if I ask a question, unless I tell you

18   otherwise, that's the time period that I'm talking

19   about.  I don't want to have to -- you know, I may

20   not restate every time "in August of 2008 when this

21   happened."  So, you understand, I'm talking about

22   that time period unless I tell you otherwise?

23        A.   Yes.

24        Q.   All right.  And specifically the date

25   that you went to the Norton Sound Hospital for care

**PACIFIC RIM REPORTING**
907-272-4383
Page 63

Exhibit A
Pages as Marked

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 2 of 40

1   for your, what later was determined your stroke

2   condition was August 29, 2008.

3           Do you recognize that date?

4   A.   Yes.

5   Q.   All right.  And I looked at a calendar, and

6   that was a Friday.

7           Does that match understanding?

8   A.   I think so, yes.

9   Q.   All right.  So I'm going to ask you some

10  questions about that.

11         With that as a preface, were you working in

12  Nome that week?  You know, Monday to Friday in August

13  of 2008?

14  A.   Yes.

15  Q.   And where were you working?

16  A.   At the Alaska Court System.

17  Q.   Was Friday a workday for you?

18  A.   Yes.

19  Q.   And what was your normal workday at that

20  time?

21  A.   If you're a law clerk, there is no normal

22  work day.

23  Q.   But I mean normal for you.

24  A.   But, yeah, 8:00, 8:00 to 4:30.

25  Q.   Did you work that schedule or did you often

**PACIFIC RIM REPORTING**
907-272-4383
Page 64

Exhibit A
Pages as Marked

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 3 of 40

1    work later than 4:30?

2         A.    Often later, yes.

3         Q.    How about the day before, the Thursday

4    before you went to the Norton Sound Hospital; did you

5    work that day?

6         A.    Yes.

7         Q.    And do you remember what hours you worked

8    that day?

9         A.    No, I don't.  But 8:00 to 4:30 was the

10   normal schedule.

11        Q.    And do you have any recollection that you

12   worked late into the evening that Thursday?

13        A.    No, I don't.

14        Q.    All right.

15              (Reporter requested clarification.)

16   BY MR. GUARINO:

17        Q.    I asked you whether you recall working late

18   into the evening that Thursday night.  I think your

19   answer was no.

20        A.    No.

21        Q.    What else did you do that Thursday?  For

22   example, after you left work, do you remember what

23   you did that evening?

24        A.    I don't have any specific recollection, but

25   I may have been working at or on my -- my garage on

**PACIFIC RIM REPORTING**
907-272-4383
Page 65

Exhibit A
Pages as Marked

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 4 of 40

1   my property.

2         Q.   In Nome?

3         A.   Yes.

4         Q.   Was your wife at home at that time?

5         A.   At what time?

6         Q.   That Thursday.  I'm talking about the

7    Thursday before you went to the hospital.  Assuming

8    you went and -- you finished work and you then went

9    home and maybe you were working on your garage, was

10   your wife at home that Thursday?

11        A.   Yes.

12        Q.   Was anyone else with you at your home that

13   evening?

14        A.   No.

15        Q.   Do you have a recollection of going out

16   socially to any sporting event or any other outside

17   event that Thursday evening before you had your

18   stroke?

19        A.   No.

20        Q.   What time did you go to bed that evening?

21        A.   I think probably around 9:30.  And

22   that's -- I can't be sure, but I believe about 9:30

23   p.m.

24        Q.   What time did you normally go to bed back

25   in August of 2008?

Exhibit A
Pages as Marked

```
 1        A.    It varied.   There was no --

 2        Q.    Would 9:30 have been early or...

 3        A.    Been early.

 4        Q.    Early.

 5              All right.   Did you wife go to bed with

 6   you?

 7        A.    Yes.

 8        Q.    Up until the time you went to bed that

 9   Thursday evening, did you notice any health problems

10   or difficulties?

11        A.    No.

12        Q.    And specifically, did you have any pain,

13   unusual pain condition, any vision problems, any

14   headaches, any pain in your jaw or your head,

15   anything like that?

16        A.    No.

17        Q.    So, as far as you knew, when you went to

18   bed that night, you were feeling all right?

19        A.    Yes.

20        Q.    Did you sleep through the night?

21        A.    I did.

22        Q.    And what time did you wake up?

23        A.    5:15.

24        Q.    And I've seen references in the medical

25   records that when you woke up you noticed some pain
```

Exhibit A
Pages as Marked

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 6 of 40

```
 1    symptoms.

 2              Is that true?

 3       A.   No, it's not.

 4       Q.   Oh, okay.  What did -- what happened when

 5    you woke up?

 6       A.   I've seen that reference.

 7              I woke up at 5:15.  This didn't start until

 8    a half an hour later.

 9       Q.   So your testimony today is that you -- when

10    you woke up at 5:15, you were feeling okay?

11       A.   Yes.

12       Q.   And that your symptoms started about a half

13    hour later?

14       A.   Started a half an hour later, yes.

15       Q.   At 5:45?

16       A.   Yes.

17       Q.   And what were the symptoms when you first

18    noticed them?

19       A.   Headache, a vision loss to my left, some

20    pain in my eye and in my face.

21       Q.   Anything else?

22       A.   I was a little bit dizzy and just didn't

23    feel well.

24       Q.   And were you at home when you first noticed

25    these symptoms?
```

Exhibit A
Pages as Marked
Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 7 of 40

1       A.   Yes.

2       Q.   Was your wife up when you first noticed

3  these symptoms?

4       A.   Yes.

5       Q.   Had you ever felt those symptoms before?

6       A.   No.

7       Q.   After you noticed the symptoms, what did

8  you do?

9       A.   I was on my way out the door anyway, so,

10 after I dropped my wife off at work, I went to the

11 hospital.

12      Q.   Did you notice the symptoms before or after

13 you got dressed?

14      A.   After I got dressed.

15      Q.   And how long after the symptoms started did

16 you leave your house?

17      A.   I was in the process of leaving.

18      Q.   When you first noticed them?

19      A.   Yes.

20      Q.   So, literally, you were walking out the

21 door when these symptoms first hit you?

22      A.   Well, I was in one room, I wasn't -- well,

23 I wasn't really walking out the door; I was in one

24 room --

25      Q.   All right.

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 8 of 40   Pages as Marked

1    A.    -- and I think I -- I guess I wasn't fully

2    dressed, because I was putting my shoes on, so...

3    Q.    And so you were putting your shoes on, and

4    that's when you first noticed -- I don't want to go

5    through all the symptoms that you've talked about,

6    but you noticed all of these symptoms?

7    A.    Yeah.  They began in a -- sort of a

8    cascade, but, yes, as I was getting -- walking to get

9    my shoes, and we're going out the door, then that's

10   when they occurred.

11   Q.    All right.  And by the time you left your

12   house, had you experienced all of the symptoms?

13   A.    Yes.

14   Q.    And did you make the decision right then to

15   go to the hospital?

16   A.    No.  I didn't know what was happening.  I

17   missed a left turn, which I couldn't see it.  And,

18   then, as I was driving down the road, my wife said,

19   "We need to go to the hospital."  And I said, "Well,

20   let me drop you off at work."  And then we went to

21   the -- I went to the hospital.

22   Q.    So you dropped your wife off at work.

23   Where did she work?

24   A.    At the Anvil Mountain Correctional Center.

25   Q.    How far a drive was that from your home?

Exhibit A
Pages as Marked

1       A.   Oh, it's -- oh, a couple miles, I think.

2       Q.   How long did it take you to drive out to

3  drop her off?

4       A.   A little bit under 15 minutes, probably.

5  Well, that's from the time you get in the car and I

6  missed the turn and went another way.

7       Q.   Give me a -- approximately 15 minutes to

8  get there and drop her off?

9       A.   Yeah.  A little bit less than 15 minutes,

10  yes.

11       Q.   All right.  Did you stop anywhere along the

12  way?

13       A.   No.

14       Q.   After you dropped her off, did you go from

15  there to the hospital?

16       A.   Yes.

17       Q.   Did you stop anywhere along the way?

18       A.   No.

19       Q.   How long did it take you to get from your

20  wife's place of employment to the hospital?

21       A.   I missed a turn, again.  It took a little

22  bit over ten minutes, I think.

23       Q.   All right.  And before you got to the

24  hospital, did you -- other than your wife, did you

25  talk to anyone else?

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 10 of 40

```
 1        A.   No.

 2        Q.   Did you make a phone call to anyone?

 3        A.   No.

 4        Q.   Did you take any medication during that

 5   period?

 6        A.   No.

 7        Q.   Did you eat or drink anything?

 8        A.   No.

 9        Q.   So you woke up, you got dressed, you took

10   your wife to work, and you went to the hospital, but

11   you didn't have any breakfast or any food before you

12   left the house?

13        A.   No.

14        Q.   Was that unusual?

15        A.   No, not -- not for that day.

16        Q.   Okay.  And when you went to the hospital,

17   you parked your car and walked into the building?

18        A.   I did, yes.

19        Q.   Was there anyone with you when you

20   presented at the Norton Sound Hospital?

21        A.   No.

22        Q.   Were you still feeling the symptoms that

23   you -- from the time they started, when you were at

24   your house, until you arrived at the hospital, did

25   you feel the symptoms that whole time?
```

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 11 of 40

1      A.   Yes.

2      Q.   Did they get better, worse, or stay the

3   same?

4      A.   Worse.

5      Q.   And how did they get worse?  Tell me what

6   got worse.

7      A.   The pain got worse in my eye and my face,

8   and my visual deficit and the dizziness became more

9   pronounced, and I also started feeling nauseous.

10      Q.   And all of that happened before you got to

11   the hospital?

12      A.   Not so much the nausea.  That happened a

13   little bit later.

14      Q.   But the other symptoms got worse; the pain,

15   the vision disturbance, and the dizziness got worse

16   as you -- from the time you first noticed them until

17   you got to the hospital?

18      A.   Yeah.  I'd say the chief complaint was my

19   vision loss to the left.  I really didn't know what

20   was going on.  And then it was a headache, which I

21   was told was a migraine headache, atypical headache.

22          I'd never had a migraine headache before,

23   so...

24      Q.   And what time did you get to the hospital?

25      A.   I think about ten after 6:00.

Exhibit A
Pages as Marked

1       Q.   And so, if it took approximately 15 minutes

2  to get your wife to her work -- and what did you say;

3  ten to 15 minutes to get from there to the hospital?

4       A.   A little bit over ten; about ten, yeah.

5       Q.   All right.  So approximately a half hour,

6  sometime in that range, from the time when you first

7  noticed symptoms until you arrived at the hospital?

8       A.   I think that's fair, yeah.

9       Q.   And so, if you arrived at the hospital at

10  6:10, then working back, sometime between -- let's

11  say sometime about twenty of 6:00 is when you would

12  estimate you first started feeling these symptoms?

13       A.   A quarter till, yeah.

14       Q.   So you were up -- if you were up at 5:15,

15  you -- your testimony today is you were up for maybe

16  20 to 30 minutes before you started feeling these

17  symptoms?

18       A.   A half an hour, yeah.

19       Q.   Okay.  And what happened after you got to

20  the hospital?  What did you do?

21       A.   I met a nurse, told her what was going on,

22  and she brought me into the very small emergency

23  room.  And, then -- yeah, I was met by -- by the

24  nurse, and I told her what was going on.

25       Q.   And then what happened after that?  You

**PACIFIC RIM REPORTING**
907-272-4383

Page 74

Exhibit A

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 13 of 40

Pages as Marked

1    went to this small room.  And did you see someone

2    there?

3        A.   Well, yeah, the nurse was there and started

4    to take some medical history from me.

5        Q.   Okay.  All right.  And let me start

6    this....  I'm going to -- I'm going to have an

7    exhibit.  It will be marked as Exhibit 2, and it will

8    have a number of medical records in it.  So I'm going

9    to keep adding to this exhibit as we go.

10            So let's start with this record here.

11            (Exh 2 marked.)

12   BY MR. GUARINO:

13       Q.   Mr. Helms, I'm going to ask you some

14   questions about -- and I'll give you the opportunity

15   to look at that record, but I've got some preliminary

16   questions.

17            Do you recall the name of the nurse

18   that you saw when you first went into the hospital?

19       A.   No.

20       Q.   Did you know that nurse before you saw her

21   that day?

22       A.   No.  Well, I think I'd seen her around the

23   hospital.

24       Q.   And this nurse took you to an examination

25   room; is that correct?

Exhibit A
Pages as Marked

1      A.   Well, I walked into the ER, and the ER is

2   the -- it's got beds and curtains, so I was already

3   there.  She didn't really have to take me very far.

4      Q.   And after the nurse saw you, were you then

5   seen by Dr. Logan?

6      A.   Yes.

7      Q.   Did any other doctor see you?

8      A.   No.

9      Q.   And when Dr. Logan saw you, were you

10  standing or in a bed?

11     A.   I was seated.

12     Q.   Seated in a chair or on a bed?

13     A.   I believe it was a gurney, yeah.

14     Q.   All right.  And if you take a look at the

15  first page of Exhibit 2 -- actually, if you look at

16  the -- the second page, do you see the -- the page is

17  listed "ADULT TRIAGE"?

18     A.   Yes.

19     Q.   All right.  And it has the date, August 29,

20  2008.  Do you see that?

21     A.   Yes.

22     Q.   All right.  And the time that the nurse

23  indicated she had contact with you was 6:25?

24     A.   Yes.

25     Q.   All right.  And looking at the nurse's

Exhibit A

Pages as Marked

1   inaccurate when she wrote 6:25?

2       A.   No.   I think she wrote the time that she

3   started writing this.

4       Q.   All right.

5       A.   But I think there was some time between she

6   started writing and when I presented.

7       Q.   All right.   And the note she has is:

8   Sudden onset, right jaw and right eye pain,

9   disoriented.

10           Was that information correct?

11      A.   It's not the chief complaint, but, yeah,

12  the information's correct.

13      Q.   And what was your chief complaint?

14      A.   My vision loss on my left side.

15      Q.   All right.   And then you saw Dr. Logan?

16      A.   Yes.

17      Q.   And do you recall your discussion with

18  Dr. Logan?

19      A.   Yes.

20      Q.   All right.   Can you tell me what you

21  discussed with him?

22      A.   First, it was the fact that Sarah Palin had

23  been selected as the Republican -- or might be the

24  Republican nominee -- or selection for John McCain.

25  That was when he first came into -- apparently he had

1    a conversation with the nurse prior, and he was

2    continuing it as he walked in to see me.  Then I told

3    him what -- what was happening and why I came to the

4    ER.

5         Q.   And what did you tell him?

6         A.   I told him that I had this vision loss to

7    my left, that it just happened, and I had this

8    headache, and some eye pain, and some face pain, and

9    that I was dizzy.

10        Q.   Anything else?

11        A.   Well, later, when he asked me a question, I

12   said I was nauseous.

13        Q.   What question did he ask you?

14        A.   Are you nauseous.

15        Q.   Oh, okay.

16             Any other questions that he asked you that

17   you can remember?

18        A.   I put my hand up to my left-hand side of my

19   head and I wiggled my fingers, and I told him, "I

20   can't see my hand or my fingers, and I can see them

21   over here, but I can't see them over here."  And he

22   walked to my left.  And I don't remember his exact

23   words, but it was to the effect that, "Wow, that's

24   very pronounced," or, "that's a lot."

25        Q.   Okay.  Anything else that you can recall

**PACIFIC RIM REPORTING**
907-272-4383
Page 81

Exhibit A
Pages as Marked

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 17 of 40

1    that you told him or that he told you?

2        A.    Well, I told him I'd never had a headache

3    before, and he said it was a migraine headache.   And

4    then I told him it was sort of like a dishwasher

5    inside my head and --

6        Q.    Did you use that -- that wording, did

7    you --

8        A.    I did, yeah.

9        Q.    Okay.

10       A.    Because it was like a -- you know, a poorly

11   muffled or soundproofed dishwasher and it was going

12   on in my head and -- and I asked him if what I was

13   experiencing, as far as my visual problems to my

14   left, was related to that, and he said, "Yes, it's

15   related to migraine headaches."

16       Q.    Okay.

17       A.    And I said, "Well, I've never had a

18   migraine headache before."  And so that was the

19   discussion with regard to that.

20       Q.    Any --

21       A.    And then he ordered the nurse to do a GI

22   cocktail, I think he called it.

23       Q.    Before we get to what the nurse did,

24   anything else that you told him or any other

25   questions that he asked you?

Exhibit A

Pages as Marked

```
 1        Q.   Right.
 2             And then, below that, there's a -- there's
 3    a block on the page that says, "Instructions to the
 4    patient."
 5             Do you see that?
 6        A.   Yes.
 7        Q.   All right.  And did you go over this, these
 8    instructions, with Dr. Logan?
 9        A.   No.
10        Q.   So Dr. Logan didn't discuss the discharge
11    instructions with you?
12        A.   No, the nurse did.
13        Q.   All right.  And which nurse did that?
14        A.   Whichever nurse was there.
15        Q.   You don't remember the name or anything?
16        A.   I've seen Smith on documents.  I -- I --
17    she was a very, very nice lady.  I don't know --
18        Q.   Okay.
19        A.   -- who she is, though.
20        Q.   The first instruction, number 1, was, "Go
21    home & sleep."
22             Is that what the nurse told you?
23        A.   Yes.
24        Q.   All right.  And then the second instruction
25    said, "If eye pain continues after sleep return to
```

**PACIFIC RIM REPORTING**
907-272-4383

Page 94

Exhibit A

Pages as Marked

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 19 of 40

1    hospital for further evaluation."

2            Is that what the nurse told you?

3        A.   No, she didn't tell me that.  It's there,

4    though.

5        Q.   Are you saying she wrote it down but didn't

6    tell it to you?

7        A.   Yes.  I mean -- but I read this.

8        Q.   Well, let me be clear.  This instruction

9    says that you were told, "If your eye pain continues

10   after sleep return to the hospital for further

11   evaluation."  Are you saying they never told you

12   that?

13       A.   They said to go to the eye clinic for --

14   for further evaluation.

15       Q.   Okay.  So, not return to the hospital,

16   return to the eye clinic for further...

17       A.   Correct.

18       Q.   Got it.

19            Is the eye clinic in the same building, or

20   was it in the same building, back in 2008?

21       A.   Yes.  I think it is, yes.

22       Q.   It is?

23       A.   Yeah.

24       Q.   So your recollection is that if this had

25   been worded accurately, it would have stated that

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 20 of 40

```
 1    they told you if your eye pain continues after sleep,

 2    return to the eye clinic for further evaluation?

 3         A.    Right.  Yeah, 2 and 3 were combined.

 4         Q.    Okay.  And then number 3 says, "If visual

 5    disturbances persist after sleep return for

 6    ophthalmic evaluation"?

 7         A.    Yes.

 8         Q.    All right.  And they did tell you that?

 9         A.    Yes.

10         Q.    All right.  And so they -- the general

11    instruction was, if your symptoms continued, after

12    you had a chance to sleep, that you should come back

13    to get further evaluation of your symptoms?

14         A.    Yeah.  At the eye clinic, the hospital's,

15    the all-encompassing term, everything's in it, so...

16         Q.    Yeah.  And I'm not going to debate which

17    part of the hospital you'd go to, whether it was a

18    clinic or the ER or some other area.  But -- but,

19    basically, the message was, if the symptoms continue,

20    you should come back for further evaluation?

21         A.    Yeah.

22         Q.    All right.  And underneath that there's a

23    line that says, "I understand the instructions as

24    explained to me."  And you signed your signature

25    under that?
```

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 21 of 40

1        A.    Yes.

2        Q.    All right.  What did you do after you were

3    discharged?

4        A.    I called my office and left a note that

5    said I wouldn't be coming in, and then I went to

6    sleep.

7        Q.    You went home?

8        A.    Yes.

9        Q.    Was your wife still at work?

10       A.    Yes.

11       Q.    And so you went back...

12             Did you do anything else on the way back

13   home?  Did you stop anywhere?

14       A.    No.  I missed a turn, though --

15       Q.    Okay.

16       A.    -- all left-hand turns.

17       Q.    And then -- but you drove directly home,

18   parked your car, went inside, and did you go directly

19   to bed?

20       A.    Oh, yeah.

21       Q.    How long did you sleep?

22       A.    I don't really recall, but it was well into

23   the night.

24       Q.    From the morning into the evening?

25       A.    Yes.

Exhibit A

Pages as Marked

```
 1        Q.    So do you know what time you got back home?
 2        A.    I think, about 8:10, 8:15.
 3        Q.    Okay.  So, let's say, sometime between 8:15
 4    and 8:45, you went to bed and went to sleep.  And did
 5    you sleep continuously until you woke up?
 6        A.    I may have gotten up and -- and threw up or
 7    went to the bathroom, but, yeah, just -- I went back
 8    to bed, just was out of it.
 9        Q.    From the time you left the hospital until
10    you went -- got home and went to sleep, were you
11    still having the symptoms?
12        A.    Yes.
13        Q.    You still having a headache?
14        A.    Yes.  The symptoms got worse, as I stayed
15    in the hospital.  They kept me there until about
16    8:00.  This says 7:55.  It is really eight o'clock
17    on the other discharge thing.  So, after eight
18    o'clock, I went home.
19        Q.    And then after you left, did you still have
20    the headache?
21        A.    Yes.
22        Q.    Still have the visual disturbance?
23        A.    Yes.
24        Q.    Still have the eye pain?
25        A.    Yes.
```

PACIFIC RIM REPORTING
907-272-4383
Page 98

Exhibit A
Pages as Marked

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 23 of 40

1       Q.   Still have dizziness?

2       A.   Yes.

3       Q.   Did it -- did that get any worse, after you

4    left the hospital, between the time you left the

5    hospital and the time you went to sleep?

6       A.   No.  It got worse while I was at the ER,

7    and then it pretty much stayed the same.

8       Q.   All right.  And so you still had symptoms,

9    you went home, and you went to sleep.  Were you able

10   to go to sleep?

11      A.   Yeah.  I mean, I laid in the -- laid in the

12   bed and -- yeah.

13      Q.   Okay.  How long did it take you to go to

14   sleep?

15      A.   I don't recall.

16      Q.   All right.  And I want to try and follow

17   this pretty carefully.  What time did you wake up?

18   And if you don't remember the exact time, can you

19   tell me, was it dark again when you woke up, was it

20   still light out when you woke up?

21      A.   Well, it's August in Nome, so...

22           I may have woke up one or even more times

23   during that time, but I think it was after six

24   o'clock, after 6:00 p.m.

25      Q.   When you woke up and finally got out of

Exhibit A
Pages as Marked

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 24 of 40

```
 1   bed, did you still have symptoms?

 2        A.   Yeah.  They remained the same.  Yes.

 3        Q.   All right.  And what did you do next?

 4        A.   I think I went back to bed.

 5        Q.   Okay.  At 6:00 p.m., you went back to bed

 6   again?

 7        A.   A little hard to remember this long ago,

 8   but it was -- I was in bed until my wife said, "Look,

 9   we need to -- we need to go to Anchorage."

10        Q.   Okay.

11        A.   And --

12        Q.   And was that still that -- we're still

13   talking the same Friday, the 29th?  You went to the

14   hospital in the morning, you left at about 8:00 in

15   the morning, you went home, you went to sleep, and

16   now you're waking sometime later in the day, your

17   wife says, "Hey, we should go to Anchorage"?

18        A.   Yeah.  I don't remember when we went.  It

19   would have had to have been a -- a flight.  I don't

20   know which flight we were on.

21        Q.   Well, let me -- let me take this up.  Prior

22   to flying to Anchorage, did you ever go back to the

23   Norton Sound Hospital?

24        A.   No.

25        Q.   But you still had symptoms that you'd had
```

Exhibit A

Pages as Marked

1      A.    Okay.

2      Q.    You didn't know what it was, but you

3  weren't certain that it was a migraine; you wanted to

4  get further evaluation?

5      A.    Or to have it confirmed.

6      Q.    All right.  And so you decided that instead

7  of going back to Norton Sound, as you'd been

8  instructed to, you decided to go to Anchorage

9  instead?

10     A.    I'll object to the form of that.

11     Q.    Fine.

12     A.    It's --

13     Q.    I mean --

14     A.    Yeah, I'll --

15     Q.    -- no one -- in other words, no one forced

16  you to go to Anchorage; isn't that correct?

17     A.    I've already answered the question.

18         I didn't know what was going on.  Dr. Logan

19  said it was a migraine headache.  I don't know.  I

20  went to go seek some additional medical diagnosis,

21  and that's why I went to Anchorage.

22     Q.    And all I'm trying to establish is, you

23  made the choice, that instead of going back to Norton

24  Sound, you chose instead to go to Anchorage to get

25  evaluated.  Is that correct?

Exhibit A

Pages as Marked

1    A.   Yes.  I'd already slept, like they said,

2  and now I was going to go to Anchorage.

3    Q.   All right.  And did you have a reservation

4  on that -- to go to Anchorage already, or

5  did you have to make a reservation?

6    A.   I had a reservation.

7    Q.   You had a reser -- and why did you have a

8  reservation?

9    A.   I don't -- actually I don't know.... We

10  were going to go on vacation.

11    Q.   And so you got on the plane.  And was it

12  that evening that you flew to Anchorage?

13    A.   I think it is.  I'd have to look at the

14  record.  I know I went into the emergency room on the

15  30th.

16    Q.   Okay.

17    A.   So I can't remember day or night or

18  whatever, but --

19    Q.   Well, was -- let me ask you:  Was the

20  flight from Nome to Anchorage an evening flight?

21    A.   Yes.  And that's why my wife said, "Let's

22  go to Anchorage."

23    Q.   Okay.

24    A.   "We already got the" -- "we already got the

25  ticket; let's go."

Exhibit A

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 27 of 40

Pages as Marked

1     Q.   So you flew to Anchorage sometime that
2   evening of the 29th?
3     A.   I -- I believe so, yes.
4     Q.   And I'm doing that from the medical
5   records.  The medical records show you went to
6   Providence the evening of the 30th.
7     A.   Oh, the evening of the 30th.
8     Q.   Well, we can look at the records.  I
9   believe that's it.
10     A.   Well, then it may have been a day later,
11   then.
12     Q.   Well -- but I'm trying to establish when
13   you left Nome.
14     A.   Okay.
15     Q.   You left Nome the evening of the 29th,
16   correct?
17     A.   I don't know; I'll have to look.
18     Q.   All right.  But it was an evening flight
19   from Nome to Anchorage?
20     A.   I'll have to look.
21     Q.   All right.  You don't recall.
22          How did you feel during the flight?
23     A.   Really sick.
24     Q.   Same, similar symptoms?
25     A.   I was dry heaving and took a garbage bag

Exhibit A
Pages as Marked

```
 1   with me.

 2        Q.   What did you do when you got to Anchorage?

 3        A.   Went to Providence Hospital.

 4        Q.   Did you go immediately from the airport to

 5   the hospital?

 6        A.   You know, I don't recall.

 7        Q.   Did you go from the airport to your home in

 8   Anchorage?

 9        A.   I may have.

10        Q.   Okay.

11        A.   I may have actually went on the 29th, and

12   then -- and then went to Providence the next day.

13   I'm -- I'm not exactly sure.

14        Q.   Well, let's leave aside when you went to

15   Providence.  When you -- let's just go from the

16   events.  When you flew from Nome to Anchorage, do you

17   have a recollection that you went from the airport in

18   Anchorage to your home in Anchorage?

19        A.   I don't have a recollection.

20        Q.   Do you recall --

21        A.   I'd have to -- I'd have to take a look

22   at -- I don't remember, sitting here today.

23        Q.   All right.  Do you have a recollection

24   that you arrived in Anchorage in the evening?

25        A.   I believe I did, yes.
```

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 29 of 40

1      Q.   And so we'd have to know what time the

2   flight was that you took from Nome to figure out

3   approximately when you got to Anchorage that evening?

4      A.   Yeah.  I'll have to -- I don't know, off --

5   as I sit here, I can't recall.  I just know that I

6   went to Providence Hospital, so...

7      Q.   And do you have a recollection of anything

8   that you did, between the time you arrived in

9   Anchorage until -- and the time that you went to

10  Providence Hospital, anything that you did in that

11  intervening time?

12     A.   I may have continued to sleep.  I'm not

13  sure.

14     Q.   Okay.  Is it possible you went home and

15  slept some more --

16     A.   Yeah.

17     Q.   -- before you --

18     A.   Yes, it is.

19     Q.   Okay.  And so, if that's the case, that you

20  may have gone from the Anchorage airport to your home

21  in Anchorage, slept for a while, and then, when you

22  woke up, then went to Providence Hospital?

23     A.   Yes, that's possible.

24     Q.   Do you know, when you got to Providence

25  Hospital, what time of day it was?

Exhibit A
Pages as Marked

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 30 of 40

1        A.    I'd -- I'd have to refer to the record.

2              MR. GUARINO:  And add that to Exhibit 2.

3              (Exh 2 supplemented.)

4    BY MR. GUARINO:

5        Q.    I'm showing you what's been -- what is

6    labeled as Providence Health System Emergency Record.

7              Do you see that, Mr. Helms?

8        A.    Yes.

9        Q.    And at the top, it says "Complaint" right

10   eye pain, and, "Triage Time" Saturday, August 30th,

11   2008, at 21:28.

12             Do you see that?  Upper left-hand corner.

13       A.    Saturday, August 30th, 21:28.

14       Q.    Right.

15             In military time, that would have been 9:28

16   in the evening?

17       A.    Yes.

18       Q.    All right.  So, so you saw Dr. Logan on

19   Friday morning, and you spent Friday day and into the

20   evening sleeping in Nome.  And then is it likely that

21   you took an evening flight, that Friday evening, and

22   got to Anchorage late Friday evening, and then spent

23   Saturday in Anchorage, and ultimately went to

24   Providence Hospital at 9:28 on Saturday evening?

25       A.    It's possible, yes.

Exhibit A
Pages as Marked

1        Q.    Okay.  So given that frame, then, the

2    question is, do you recall anything about what you

3    did during the day on Saturday?

4        A.    Slept.

5        Q.    All right.

6        A.    I was throwing up, sleeping, just -- just

7    sleeping.

8        Q.    Okay.  And the doctor that's indicated on

9    this sheet is Dr. Frank Moore.

10            Do you recall that name?

11       A.    Yes.

12       Q.    All right.  Is that the doctor that saw you

13   at the emergency room at Providence?

14       A.    Yes.

15       Q.    How did you get to Providence?

16       A.    My wife drove me.

17       Q.    How long does it -- sorry, I'm backtracking

18   a little bit.  How long does it take for a commercial

19   flight to get from Nome to Anchorage?

20       A.    Ninety minutes, give or take.

21       Q.    Is that air time?

22       A.    Yes.  It could take -- I do it a lot.  So

23   it could be an hour and 30 minutes, it could be

24   longer, depending on -- on how they -- how much fuel

25   they use and how fast they are and what their load

Exhibit A
Pages as Marked

1      A.   -- you Know, probably the --

2      Q.   Okay?

3      A.   -- 100 percent, yeah.

4      Q.   You don't have any recollection of any

5 specific event, like going to a restaurant or a

6 sporting event, or shopping, or anything like that?

7      A.   No.  I was just sleeping and hoping it went

8 away.

9      Q.   Okay.  And so, then, at some point, you

10 decided to go to Providence Hospital, because you

11 wanted to be evaluated for these symptoms, correct?

12     A.   Yeah, because they weren't going away.

13     Q.   All right.  And you saw -- you recall

14 seeing Dr. Moore at the emergency room?

15     A.   Yes.

16     Q.   All right.  And do you recall what you

17 discussed with him?  From memory, can you recall what

18 you discussed with him?

19     A.   Not from memory, no.

20     Q.   All right.  And can you recall anything

21 that he told you, from your memory?

22     A.   No.

23     Q.   Would the medical records from Providence

24 be a better record of what happened, in terms of what

25 symptoms you presented with and what tests he did and

**PACIFIC RIM REPORTING**
907-272-4383

Page 111

Exhibit A

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 33 of 40

Pages as Marked

1    him.

2              MR. GUARINO:  Let's add this to Exhibit 2.

3              (Exh 2 supplemented.)

4    BY MR. GUARINO:

5        Q.    Mr. Helms, that's a record from Providence

6    Alaska Medical Center.  It appears to be a medical

7    report from Dr. Moore.  If you take a look at the

8    third page, he's the -- he's the doctor who is

9    indicated as having electronically authenticated this

10   record.

11             Take a look at the first page of that

12   record.  It indicates the date is August 30th, 2008.

13             Do you see that?

14       A.    Yes.

15       Q.    And under HISTORY OF PRESENT ILLNESS, it

16   states, "The patient is a 48-year-old male who said

17   he awoke yesterday morning about 5:15 with pain in

18   his right eye, some slight pain into the right jaw

19   and he noted he had decreased vision in the left

20   visual field."

21             Now, first, in terms of the symptoms,

22   is that information correct, that those were the

23   symptoms that you noticed on the morning of August

24   29th?

25       A.    Some of them, yeah.

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 34 of 40

```
 1        Q.    What treat --

 2        A.    Yeah, I don't know.

 3        Q.    Were you admitted to the hospital at

 4   Providence?

 5        A.    I was.

 6        Q.    How long did you stay in the hospital?

 7        A.    One night.

 8        Q.    What treatment did you receive while you

 9   were there?

10        A.    They put me on some telemetry for -- you

11   know, to monitor the EKG and respirations.  They gave

12   me my current medications.  We had a discussion about

13   insulin and a particular type of cholesterol drug.

14   They chose a different type of cholesterol drug.

15   And, then, after the discussion on the insulin, that

16   was decided not to administer that.

17        Q.    Did they give you any medications for --

18   specifically for the stroke?

19        A.    I don't recall.  I don't know.

20        Q.    Did they give you TPA?

21        A.    No.

22        Q.    Was there any discussion about TPA?

23        A.    Yes.

24        Q.    What was discussed?

25        A.    They said it was too long of a time to --
```

**PACIFIC RIM REPORTING**
907-272-4383

Page 121

Exhibit A

Pages as Marked

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 35 of 40

1    to administer that.

2         Q.    And did they give you any indication as to

3    what the time period was that you would need to have

4    to be administered TPA?

5         A.    Well, there was some discussion that

6    on the -- on the outside, it could be as much as four

7    hours or four and a half hours, but it was really

8    three hours.

9         Q.    Three hours from what?

10        A.    From the time that the symptoms began to

11   the time that they should -- they could administer

12   it.

13        Q.    Okay.

14        A.    And apparently there was literature and

15   discussions about using TPA after three hours, but I

16   think they said it's within three or four hours that

17   it --

18        Q.    Okay.

19        A.    -- and it -- and time, it really didn't

20   come down to the time, because so much time had

21   passed already, so...

22        Q.    But you recall specifically a discussion

23   from them that there was a time window in which

24   TPA -- if you were going to use TPA, there was -- it

25   was -- there was a time limit on when it would --

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 36 of 40   Pages as Marked

1          Q.    And how did --

2          A.    -- misdiagnosed my stroke.

3          Q.    Okay.  So, well, let me ask you this:  How

4     did he breach the standard of care?

5          A.    He misdiagnosed my stroke.

6          Q.    Okay.  So he failed to properly diagnose

7     your condition; he should have diagnosed you as

8     having a stroke?

9          A.    Yes.

10         Q.    All right.  Anything else that he should

11    have done?

12         A.    Probably should have done a better

13    examination, so that he could diagnose it.

14         Q.    And let's assume for the moment, assuming

15    he had diagnosed you with a stroke, what should he

16    have done, if he had diagnosed you with a stroke?

17         A.    He should have immediately transported me

18    to a hospital that had a CAT scanner.

19         Q.    And where would that hospital be?

20         A.    It could have been Fairbanks, Anchorage or

21    Bethel.

22              And apparently Dr. Logan doesn't know about

23    Bethel having a CAT scanner.

24         Q.    And so, if he had diagnosed you with a

25    stroke and wanted to -- he would have had to send you

Exhibit A

Pages as Marked

1   somewhere else for further treatment?

2        A.   Yes.

3        Q.   Because Nome didn't have a CT scanner?

4        A.   Correct.

5        Q.   And if you had been transferred somewhere

6   else, your claim is, then, they could have done a CT

7   scan, and then you might have had the opportunity

8   to have TPA administered to you?

9        A.   Provided the opportunity to --

10       Q.   Okay.

11       A.   -- yes.

12       Q.   Is there any other treatment that you think

13  would have been provided to you, if you have been

14  transferred somewhere else?

15       A.   I'd have to refer to the medical folks.

16       Q.   All right.

17       A.   But I guess that's the course of treatment,

18  to assist in someone that's having a stroke.

19       Q.   Have you ever been involved in the medevac?

20       A.   No.

21       Q.   Do you know how long it takes to medevac

22  someone from Nome to another medical facility?

23       A.   It depends on where they're going.

24       Q.   Well, let's start with the candidates.  If

25  you had to medevac someone from Nome to Anchorage, do

Exhibit A
Pages as Marked

1    Q.    Any further visits with Dr. Ellenson?

2    A.    No.

3    Q.    Any additional visits with Dr. Montesano?

4    A.    One of his colleagues, for the same,

5    sciatica, that follows this record.  It's -- I don't

6    even know if there is a record.  It was a

7    prescription refill, so...

8    Q.    All right.  In your understanding,

9    Mr. Helms, if you had been diagnosed with a stroke by

10   Dr. Logan, and if you had been medevaced to some

11   other facility, and if you had gotten there within

12   the time period for the use of TPA, and if you were

13   an appropriate candidate, assuming all those --

14   making all those assumptions, as part of your claim,

15   is it your claim that, if you had been given TPA,

16   that you would have no visual deficit now?

17   A.    I don't know the answer to that.  I think

18   there was a possibility that what I suffer now could

19   have been remediated and reduced, if you will.

20   Q.    Okay.  So you don't know whether it would

21   have been cured, I mean, completely eliminated, you

22   think there's a possibility it might have been

23   reduced?

24   A.    Right, I mean, I don't know.  I'm not a --

25   I'm not a doctor.

Case 3:11-cv-00186-SLG   Document 50-1   Filed 01/30/14   Page 39 of 40

Exhibit A
Pages as Marked

1     Q.    Yeah.

2     A.    But, you know, it -- possible it could have

3     taken care of the whole clot and I wouldn't have a

4     problem.  I don't know.

5     Q.    Well, and that's why -- this is just -- I'm

6     not holding you, as a medical expert.  You're not.

7     I'm just trying to get your understanding.

8           You don't know and can't say that -- that

9     giving -- if you had been given TPA, it would have

10    completely resolved all the problems; you don't know

11    that, correct?

12    A.    I'm not a doctor.  I don't know.

13    Q.    Okay.  All right.  And to the extent you

14    think it might have helped, you're not able to say,

15    with any certainty, what percentage it might have

16    helped; how much it might have helped?

17    A.    No.  But doing nothing is 100 percent,

18    so -- or zero percent, in some game.

19    Q.    Sometimes, yeah.  But you can't testify to

20    that.  That was something that a doctor would have to

21    testify to, in terms of what -- how likely it is that

22    TPA would help you, and if it would help you, how

23    much it would help you?  That's not something you can

24    testify to?

25    A.    I don't -- I'm not a doctor.

Exhibit A
Pages as Marked