NORTON SOUND HEALTH CORPORATION  (907)443-3311   EMERGENCY DEPARTMENT REGISTRATION
P.O. Box 966 Nome, Alaska 99762                  REGISTERED BY: SWANN,MARY
ACCNT NMBR: 000009631763  SERVICE DATE: 08/29/08  HEALTH RECORD #: 037974
PAYOR: B                 TIME: 0634            PHYSICIAN: LOGAN,BRADLEY MD

NAME: HELMS,RICHARD J                   SEX: M  RACE: C       DOB:
STREET: BOX 1753                        SS#:                 AGE:48
CITY/ST/ZIP: NOME,AK 99762
HOME PHONE: 907-443-3052          EMERGENCY CONTACT:HELMS,GWEN
                                  PHONE#: 907-443-3052

BROUGHT IN BY: ✓Self __Police __Ambulance __Friend/Relative __Other

BP 157/95  Temp 97.9  Pulse 71  Resp 20  Pain Scale 3/10  GCS 15  WT ___
Date of Last Tetanus unknown  Date of LMP: ___
Medications: see triage - SD
Allergies: NKA
PHYSICIAN ON CALL:  In-House: ✓  Time Called: ___  Arrived: ___

Brief Nursing History:
Time: 0625  sudden onset (R) jaw + (R) eye pain, blurred - [illegible]

CC: Sudden onset right sided jaw pain + (R) eye pain. Now c̄ mostly (R) eye pain. Some blurred vision. ∅ slipping of objects. Has had a similar pain.

ROS: Very few headaches (<50 in life). Blurred vision, chest pain, abd pain. ∅ nausea, diarrhea, or constipation. Had potluck yesterday @ noon c̄ lots of fish; doesn't [illegible] feel well. Thinks he is aware of L sided scotoma (R) eye.

Physicians Notes:
PMHx: Diabetes Type II
       ↑ BP
       L/S spine problems since 1980s.
Surg: Releases x 2.
Allergies: ∅
P: HEN: Pupils equal
   Neck: supple
   Chest: ∅ abnormality
   Abd. obese, soft, non-tender ∅ organomegaly
   (+) B.S.

Diagnosis: Atypical headache likely due to diabetes, stress, GI disturbance

Physicians Order:
BS = 116.
GI Cocktail - 0710 SD
Ibuprofen 800 mg po 0715 SD
EKG ndd 0710

Physician Signature: Logan MD    Date: 8/29/08    Time Discharged: 0820

Released to: __Self/Relative/Friend __Jail/Police __Other
Disposition: __Admit __Observation __Left without being seen __AMA
Condition of release: __Stable __Satisfactory __Other