**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

RICHARD HELMS,
    Plaintiff,

Case Number 3:11-cv-00186-SLG

v.

UNITED STATES OF AMERICA,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff recover nothing, the action be dismissed on the merits, and the defendant United States of America, recover costs in the amount of $_____, from the plaintiff Richard Helms.

APPROVED:

S/SHARON L. GLEASON
United States District Judge

Date: June 6, 2014

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

Marvel Hansbraugh
Marvel Hansbraugh,
Clerk of Court

[Helms Judgment.wpd]{JMT2.WPT*Rev.3/03}